**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

ALDRIN NOE FERNANDEZ GUTIERREZ,

Petitioner,

v. No. 1:26-cv-00328-MLG-LF

MARY DE ANDA-YBARRA, in her official capacity,
as Field Office Director of Enforcement and Removal
Operations, El Paso Field Office, Immigration and
Customs Enforcement; et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Fernandez Gutierrez's Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"), Doc. 1. The Court, having considered the Parties' briefing, having held a hearing on October 23, 2026, and being otherwise fully informed, finds that the United States Department of Homeland Security's ("DHS") decision to revoke Fernandez Gutierrez's parole was not made, as a matter of law, on an individualized basis, and therefore, lacks legal force or effect. *See Sierra Immigr. & Naturalization Serv.*, 258 F.3d 1213, 1218-20 & n.4 (10th Cir. 2001) (concluding that the Court's holding from *Marczak v. Greene*—that district directors must make individualized parole determinations on the merits before granting parole—also applies to agency decisions to withdraw parole) (citing 971 F.2d 510, 515 (10th Cir. 1992))). Therefore, for the reasons stated on the record during the hearing, the Court hereby grants Fernandez Gutierrez's Petition.

Fernandez Gutierrez shall be released within forty-eight hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA